DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com


Attorney for Defendant
DUANE E. POOLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         vs.<br><br>DUANE E. POOLE,<br><br>              Defendant. | 2:13-MJ-00097 EFB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jeffrey A. Spivak, Counsel for Plaintiff; and, Duane E. Poole, through his attorney, David W. Dratman, that the Judgment and Sentencing presently scheduled for February 23, 2015 shall be continued to March 30, 2015 at **2:00 p.m.** in accordance with the following schedule:

Judgment and Sentencing Date:                                                                  March 30, 2015

Reply or Statement of Non-Opposition:                                                      March 23, 2015

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING
1

| | |
|---|---|
| Motion for Correction of the Presentence Report Filed With The Court and Served on the Probation Officer And Opposing Counsel No Later Than: | March 16, 2015 |
| Presentence Report Filed with the Court and Disclosed To Counsel No Later Than: | March 9, 2015 |
| Counsel's Written Objections to the Presentence Report Delivered to the Probation Officer and Opposing Counsel No Later Than: | March 2, 2015 |
| Proposed Presentence Report disclosed to counsel: | Disclosed |

**ORDER**

IT IS SO ORDERED.

DATED: February 2, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE